# ELECTRONIC RECORD

COA # 01-14-00005-CR          OFFENSE: DWI

STYLE: Jesse Lopez v. The State of Texas          COUNTY: Harris

COA DISPOSITION:          AFFIRM          TRIAL COURT: 351st District Court

DATE: 11/20/2014          Publish: YES   TC CASE #: 1296762

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jesse Lopez v. The State of Texas          CCA #: 1621-14

_____PRO SE_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 04/01/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**